ROBERT D. COLLINS, ESQ. (SBN 053321)
ANTHONY S. COSS, ESQ. (SBN 244215)
CVM LAW GROUP, LLP
8795 Folsom Blvd., Suite 200
Sacramento, California 95826
Telephone: (916) 381-6171
Facsimile: (916) 381-1109

Attorneys for Defendant
ELLIOTT HOMES, INC.

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA MORGERA, <br><br>    Plaintiff, <br><br> vs. <br><br> COUNTRYWIDE HOME LOANS, PACIFIC FIRST FINANCIAL SERVICES, L.P., HILLTOP FINANCIAL MORTGAGE, THANH NGOC NGUYEN, SUNMEET NARINDER ANAND, IBRAHIM K. KABA, DANIEL KLEMESRUD, RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ELLIOTT HOMES, INC., and DOES 1 through 20, inclusive, <br><br>    Defendants. | CASE NO. <br> 2:09-CV-01476-MCE-GGH <br><br> DEFENDANT ELLIOTT HOMES, INC. EX PARTE APPLICATION FOR ENLARGEMENT OF TIME AND DECLARATION OF ROBERT D. COLLINS; ORDER |

Defendant Elliott Homes, Inc. ("Elliot Homes") hereby requests an enlargement of time within which to file a responsive pleading. The Summons and Complaint were personally served on Elliott Homes on June 9, 2009, making a responsive pleading due by June 29, 2009. Plaintiffs' counsel will be out of town for two weeks and counsel for Defendant Elliott Homes and Plaintiff want to meet and confer upon the return of Plaintiffs' counsel regarding possible resolution of the case and on responsive pleadings. (*See* Declaration of Robert D. Collins and Exhibit "A" attached hereto).

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, Defendant Elliott Homes, Inc. respectfully requests an enlargement of time to file a responsive pleading to and including July 20, 2009.

Dated: June 24, 2009                         CVM LAW GROUP, LLP

                                             By:      /s/
                                                ROBERT D. COLLINS
                                                ANTHONY S. COSS,
                                                Attorneys for Defendant
                                                ELLIOTT HOMES, INC.

<u>ORDER</u>

    IT IS SO ORDERED.

DATED: June 30, 2009

                                             _____
                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE

**EX PARTE APPLICATION FOR ENLARGEMENT OF TIME
AND ORDER THEREON AND DECLARATION OF ROBERT D. COLLINS**

PDF created with pdfFactory trial version www.pdffactory.com

**DECLARATION OF ROBERT D. COLLINS**

I, Robert D. Collins, declare:

1. I am an attorney at law licensed to practice before all courts in the State of California. I am a partner at the CVM Law Group, LLP, which is the attorney of record for Elliott Homes, Inc., a Defendant in this matter. I am making this Declaration based upon my own knowledge and if called as a witness I will testify as to these facts.

2. I spoke to Michael J.M. Brook, Plaintiffs' counsel in this matter, concerning an extension of time to respond to Plaintiffs' Complaint. Mr. Brook indicated that he would be out of the country for about two weeks. Mr. Brook and I agreed to discuss potential ways to resolve the case as to Elliott Homes and to further discuss responsive pleadings upon Mr. Brook's return. Based on these facts, Mr. Brook graciously granted Defendant Elliott Homes, Inc. until July 20, 2009, to respond to Plaintiffs' Complaint.

3. A true and correct copy of an e-mail to Mr. Brook on June 24, 2009, commemorating this conversation is attached to my Declaration as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed this 24th day of June, 2009, at Sacramento, California.

　　　　　　　＿＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　ROBERT D. COLLINS

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

EXHIBIT "A"

**EX PARTE APPLICATION FOR ENLARGEMENT OF TIME
AND ORDER THEREON AND DECLARATION OF ROBERT D. COLLINS**

PDF created with pdfFactory trial version www.pdffactory.com