Robert E. Boone III (SBN 132780)
Christopher L. Dueringer (SBN 173746)
Brian J. Recor (SBN 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      rboone@bryancave.com
             cldueringer@bryancave.com
             brian.recor@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.;
RECONTRUST COMPANY N.A.; and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ERICA MORGERA,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS; PACIFIC FIRST FINANCIAL SERVICES, L.P.; HILLTOP FINANCIAL MORTGAGE; THANH NGOC NGUYEN; SUNMEET NARINDER ANAND; IBRAHIM K. KABA; DANIEL KLEMESRUD; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ELLIOT HOMES, INC.; DOES 1 through 10,<br><br>          Defendants. | Case No. 09-cv-01476-MCE-GGH<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR RESPONSE BY COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY N.A.; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

1    Having reviewed the Stipulation of the parties and good cause appearing
2 therefor, the Court hereby extends the time of Defendants Countrywide Home
3 Loans, Inc., ReconTrust Company, N.A. and Mortgage Electronic Registration
4 Systems, Inc. up to and including August 10, 2009.

IT IS SO ORDERED:

Dated:  July 17, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE