ROBERT D. COLLINS, ESQ. (SBN 053321)

ANTHONY S. COSS, ESQ. (SBN 244215)

CVM LAW GROUP, LLP

8795 Folsom Blvd., Suite 200

Sacramento, California 95826

Telephone:  (916) 381-6171

Facsimile:  (916) 381-1109

Attorneys for Defendant
ELLIOTT HOMES, INC.

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERICA MORGERA, | ) | **CASE NO.** |
| | ) | **2:09-CV-01476-MCE-GGH** |
| Plaintiff, | ) | |
| | ) | **DEFENDANT ELLIOTT** |
| vs. | ) | **HOMES, INC. EX PARTE** |
| COUNTRYWIDE HOME LOANS, | ) | **APPLICATION FOR** |
| PACIFIC FIRST FINANCIAL SERVICES, L.P., | ) | **ENLARGEMENT OF TIME** |
| HILLTOP FINANCIAL MORTGAGE, | ) | **AND ORDER THEREON** |
| THANH NGOC NGUYEN, SUNMEET NARINDER | ) | **AND DECLARATION OF** |
| ANAND, IBRAHIM K. KABA, DANIEL KLEMESRUD, | ) | **ROBERT D. COLLINS** |
| RECONTRUST COMPANY, N.A., MORTGAGE | ) | |
| ELECTRONIC REGISTRATION SYSTEMS, INC., | ) | |
| ELLIOTT HOMES, INC., and DOES 1 through 20, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Elliott Homes, Inc. ("Elliot Homes") hereby requests an enlargement of time within which to file a responsive pleading.  The Summons and Complaint were personally served on Elliott Homes on June 9, 2009, making a responsive pleading due by June 29, 2009. Plaintiffs and Defendant agreed to extend the time to respond to July 20, 2009, Plaintiffs' counsel and counsel for Defendant Elliott Homes are conferring regarding possible resolution of

the case and on responsive pleadings and additional time is needed to complete those discussions.  (*See* Declaration of Robert D. Collins and Exhibit "A" attached hereto).

Accordingly, Defendant Elliott Homes, Inc. respectfully requests an enlargement of time to file a responsive pleading to and including August 10, 2009.

Dated:  July 22, 2009                    CVM LAW GROUP, LLP


By:    _____/s/_____
        ROBERT D. COLLINS
        ANTHONY S. COSS,
        Attorneys for Defendant
        ELLIOTT HOMES, INC.




ORDER

IT IS SO ORDERED.


Dated:  July 24, 2009

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

## DECLARATION OF ROBERT D. COLLINS

I, Robert D. Collins, declare:

1.      I am an attorney at law licensed to practice before all courts in the State of California.  I am a partner at the CVM Law Group, LLP, which is the attorney of record for Elliott Homes, Inc., a Defendant in this matter.  I am making this Declaration based upon my own knowledge and if called as a witness I will testify as to these facts.

2.      I spoke to Michael J.M. Brook, Plaintiffs' counsel in this matter, concerning an extension of time to respond to Plaintiffs' Complaint.  Mr. Brook and I are discussing potential ways to resolve the case as to Elliott Homes and need some additional time to complete the discussions.  Based on these facts, Mr. Brook graciously granted Defendant Elliott Homes, Inc. until August 10, 2009, to respond to Plaintiffs' Complaint.

3.      A true and correct copy of an e-mail to Mr. Brook on July 22, 2009, commemorating this conversation is attached to my Declaration as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This Declaration was executed this 22nd day of July, 2009, at Sacramento, California.

_____/s/_____

ROBERT D. COLLINS

EXHIBIT "A"